THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| AIX SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KIMS NEW STAR LLC dba TWIN OAKS SENIOR LIVING, a Utah limited liability company; JOONG J. KIM, an individual doing business as Twin Oaks Assisted Living and Memory Care also known as Twin Oaks Senior Living, a Utah limited liability company, MATTHEW CIELO, an individual; BANYAN CONSULTING GROUP LLC, a Utah business entity; STEPHEN CLARKE, an individual; MINDY HILL, an individual,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:25-cv-00672<br><br>Judge David Barlow |

Plaintiff AIX SPECIALTY INSURANCE COMPANY ("AIX") filed this action on August 11, 2025. It asserts this court has jurisdiction based on diversity of citizenship.[1] "[F]or entities other than corporations," the court's "diversity jurisdiction in a suit by or against [an] entity depends on the citizenship of. . . each of its members."[2] Moreover, "where an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced

---

[1] Petition for Declaratory Relief (Petition) ¶ 14, ECF No.1, filed Aug. 11, 2025.
[2] *Penteco Corp. Ltd. Partnership-1985A v. Union Gas Sys., Inc.*, 929 F.2d 1519, 1523 (10th Cir. 1991).

through however many layers of partners or members there may be to determine the citizenship of the LLC."[3]

AIX has not pled the citizenship of each of the members of Defendant Kim's New Star LLC dba Twin Oaks Senior Living and Defendant Banyan Consulting Group LLC.[4] Until it does so, the court cannot conclude that it has jurisdiction. Accordingly, **on or before August 27, 2025**, Plaintiff shall plead the citizenship of each of the members of the defendant LLCs to show diversity. Otherwise this case will be dismissed for lack of jurisdiction.

SO ORDERED this 13th day of August, 2025.

BY THE COURT:

_____
David Barlow
United States District Judge

---

[3] *Lincoln Benefit Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 n.16 (3d Cir. 2015) (quotations and citation omitted); see also *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 126 (1st Cir. 2011); *V&M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010); *Hart v. Terminex Int'l*, 336 F.3d 541, 543 (7th Cir. 2003).
[4] Petition ¶ 14.